IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENNETH W. BARNETT, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:09-cv-1060-MEF |
| | ) |
| UNITED STATES TENNIS ASSOCIATION, | ) (WO - DO NOT PUBLISH) |
| | ) |
|    Defendant. | ) |

**O R D E R**

It is hereby ORDERED that:

(1) Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. #2) is DENIED.

(2) Plaintiff is DIRECTED to pay the filing fee by no later than 5:00 p.m. on Monday, November 30, 2009. The Court reminds Plaintiff that his lawsuit may be dismissed for want of prosecution if he fails to pay the filing fee.

DONE this the 17th day of November, 2009.

                                                      /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE