IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENNETH W. BARNETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:09-cv-1060-MEF |
| | ) |
| UNITED STATES TENNIS | ) (WO - DO NOT PUBLISH) |
| ASSOCIATION, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

In response to the Court's orders (Docs. #3 & 4), the Plaintiff submitted an "answer and response" (Doc. #5). This Court previously denied Plaintiff's Motion for Temporary Restraining Order (*see* Docs. #1 & 3). This Court also previously denied Plaintiff's Motion to Proceed in Forma Pauperis (*see* Docs. #1 & 4). The Court construes Plaintiff's latest filing as containing motions to reconsider both of those rulings. The Court also construes that filing to contain a motion to continue the Court's scheduled Telephone Status Conference from 10:00 a.m. to 11:00 a.m. on Friday, November 20, 2009. (*see* Doc. #3). Upon consideration of these motions, it is hereby

ORDERED that

(1) Plaintiff's Motion to Reconsider this Court's denial of Plaintiff's Motion for Temporary Restraining Order (Doc. #5) is DENIED;

(2) Plaintiff's Motion to Reconsider this Court's denial of Plaintiff's Motion for Leave

to Proceed in Forma Pauperis (Doc. #5) is DENIED; and

(3) Plaintiff's Motion to Continue (Doc. #5) is GRANTED. The telephone status conference set in this case for Friday, November 20, 2009, at 10:00 a.m. is CONTINUED to Friday, November 20, 2009, at 11:00 a.m. The Court will initiate the telephone conference call to the number provided by Plaintiff (*see* Doc. #5).

DONE this the 19th day of November, 2009.

                                        /s/ Mark E. Fuller
                              CHIEF UNITED STATES DISTRICT JUDGE